SCANNED at LSP and Emailed
1-4-22 by VB . 4 pages
date    initials   No.

RECEIVED
JAN 04 2022
Legal Programs Department

IN and FOR The middle District
OF Louisiana

    Tony Joseph TABOR
    Pro'se PlaintiFF
        VS
    LA Dept oF Corrections et al

Clerk _____
Date Filed 1-4-22
Docket NO:

A MOTIon FoR Preliminary inJunction

NOw Into this Honorable RespectFully Comes mR Tony Joseph TABOR with A Necessary two part Motion FoR Prelimiary InJunction as He declaiRs the Following with emphasis with the Constitution to wit:

I Tony Joseph TABoRs AveRs oF the Following: I desperately seek this Necessary Preliminary InJunction Based on the Following Reasons:

  (1) To Protect my Health
  (2) To Protect my Rights
  (3) To even out the "Balance oF Hardships"
  (4) Bona Fide evidence to Aid my success oF proving my merits and winning my FutuRly Filed suit with this Honorable Court.

Hence Although in the system as back loged A.R.p's none Followed mr TABOR with his Transfer breaching his Right to Due process or equal protection.

(3.) mr TABOR has had L.A.D.O.C incorage An violent attempt on his life more than once the last attempt being held on Oct 30th of 2021 with several stabb wounds to his head, Face, neck and chest and back while He was on protection in a locked Room/cell security intentualy open the door For the Attack as he Lied in bed Asleep, with phyical disabilities to hender his defence all of which is on Video as security intentually prevented mR TABOR From excaping From his Attacker by closeing an exit door. mR TABOR has Filed two emergancy A.R.p's on this.

(4) mR TABOR to Receive an Responce to his two Emergancy A.R.p,s Filed with L.A.D.O.C on the incident that took place on Oct 30th 2021

(5) For this Honorable court to order the Emergancy A.R.p's to be Ansewed as policy their to be Responed to emediatly not months.

(6) For this Honorable court to order protective Custody status For mR TABOR till his Release From prison.

As it is within the very best of the interest of my Health, The public and within both the LA Const, and U.S Constitution as well as within my Rights under the A.D.A and Gods Grace,

(5.) May this Honorable Court issue an order to Furnish Mr Tabor the Following as it is crucial evedence/Bona Fide evidence to prove his merits thereof within his future filement of Civil suit against the LA Dept. of Corrections ETAL as several of his civil Rights have been violated and without this injunction/evidence it will be difficult for him to proceed and win with his claims with this Honorable Court Hence the defendants "lost ALL of Mr Tabors personal and legal Documents within An attempt to deter his success with this court as has ignored All of Mr Tabors submitments of Loss of property claims as the Records can prove with emphasis there of

Mr Tabor needs the following

(1) One copy of each Administrative Remedy Request that Mr Tabor Filed Between the dates of Jan one of 2020 and Jan one of 2022

(2) A copy of his Transfer orders From Ellain Hunt Corr on march 11th of 2021 stateing the Reason For his Transfer while He was on protective Custody,

(7) For the Grantment of Parole in march of 2022 to mR TABOR within his illegal Conviction and or Sentence For Habitual offender From 2005 and 2006.

## Conclusion

For the Foregoing Reasons The Grantment For mR TABOR'S motion For Preliminary Injunction is extremly important On this ____ date of ____ month of 2022 the Foregoing motion is hereby Granted and hereby effective immediately Amen.

Respectfully Submitted
by Tony Joseph TABOR #478277
Pròse